IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUKHAN MUMIN, | ) | |
| Petitioner, | ) | 4:17CV3169 |
| v. | ) | |
| BRAD HANSEN, | ) | MEMORANDUM AND ORDER |
| Respondent. | ) | |

Mumin, a frequent filer, has submitted a petition for writ of habeas corpus and a motion to supplement. After initial review, I conclude that both documents are unintelligible.

Moreover, it is probable that the petition is time barred as the records of the Nebraska Department of Corrections indicate that Mumin's sentence began on August 19, 2013. He was convicted of a controlled substance crime and treated as a habitual offender. He was sentenced to 10 to 20 years in prison.

Therefore,

IT IS ORDERED that:

1. The petition for writ of habeas corpus (filing no. 1) and the supplement (filing no. 4) are denied.

2. Mumin is given until March 2, 2018, to file an amended petition using the standard habeas corpus form. The amended petition must be received by the Clerk on or before March 2, 2018, and the prison mail box rule will not be applied.

3. The Clerk shall mail a copy of the standard habeas corpus form to Mumin. Mumin is required to use and fully complete that form when and if he attempts to file an amended petition.

4. Mumin is warned that the failure to comply with this order may result in dismissal of this matter without further notice.

5. My chambers shall bring this matter to my attention on March 3, 2018.

DATED this 1st day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge